FILED

NOT FOR PUBLICATION

MAR 16 2011

UNITED STATES COURT OF APPEALS

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CHARLES DEJUAN MORRIS, | No. 10-15688 |
| Petitioner - Appellant, | D.C. No. 3:06-cv-00493-ECR-RAM |
| v. | |
| MICHAEL BUDGE; ATTORNEY GENERAL OF THE STATE OF NEVADA, | MEMORANDUM[*] |
| Respondents - Appellees. | |

Appeal from the United States District Court
for the District of Nevada
Edward C. Reed, Senior District Judge, Presiding

Submitted March 14, 2011[**]
San Francisco, California

Before: WALLACE, NOONAN, and CLIFTON, Circuit Judges.

Petitioner-Appellant Charles Dejuan Morris, a Nevada state prisoner,

appeals from the district court's denial of his petition for a writ of habeas corpus.

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2).

We have jurisdiction pursuant to 28 U.S.C. § 2253.  We affirm for the reasons

stated in the district court's opinion.